IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., by James R. Klein, Administrator, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 08-373 |
| ENVIROSAFE PRODUCTS CORP., | ) ) ) |
| Defendant. | ) |

## ORDER

And NOW, this 5th day of May, 2008, upon Motion of Plaintiff, it is hereby ORDERED pursuant to F.R.C.P. 4(e)(i) and Pa. R.C.P. 430(a), that Plaintiff shall have the right to effect service of the Summons and Complaint upon Defendant by sending the same to Defendant by postage prepaid, U.S. first class mail at Defendant's last known mailing address and place of business, 93 Dorsa Avenue, Livingston, NJ 07039.

_____
United States District Judge

LIT:438926-1 010342-133114