IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARPENTERS COMBINED FUNDS, INC., )
by James R. Klein, Administrator, )
)
Plaintiff, )
)
v. ) Civil Action No. 08-373
)
ENVIROSAFE PRODUCTS CORP., )
)
Defendant. )

## CONSENT JUDGMENT

AND NOW, this 29th day of August, 2008, with the consent of the parties, judgment is hereby entered in favor of the Plaintiff and against Defendant Envirosafe Products Corp. in the amount of $6,310.02, plus additional interest from June 30, 2008.

Payments are to made as follows:

| | | |
|---|---|---|
| By September 30, 2008 | - | $1,051.67 |
| By October 31, 2008 | - | $1,051.67 |
| By November 30, 2008 | - | $1,051.67 |
| By December 31, 2008 | - | $1,051.67 |
| By January 31, 2009 | - | $1,051.67 |
| By February 28, 2009 | - | $1,051.67, plus additional interest from June 30, 2008 that will become owed to the Building Trades |

As long as the above conditions are met, Plaintiff will take no action to execute upon this judgment.

Consented To:

_____
Jeffrey J. Leech
Attorney for Plaintiff

_____
Stephan M. Lerman
Stephan Lerman
Envirosafe Products Corp.

_____
United States District Judge

LIT:444056-1 010342-133114